# EXHIBIT 3

THE HONORABLE MAFÉ RAJUL
Hearing Date: ~~February 12, 2021~~ at ~~11:00 am~~
3/12/21  With Oral Argument

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

WA&HF LLC, RUIZHENG AN,

Plaintiffs,

v.

SARACA MEDIA GROUP, INC., and WENGUI GUO,

Defendants.

No. 20-2-12680-2 SEA

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT WENGUI GUO'S MOTION TO DISMISS PURSUANT TO CR 12(b)(1), 12(b)(2), AND 12(b)(6)

**THIS MATTER** having come before the Court on Defendant Wengui Guo's Motion to Dismiss Pursuant to CR 12(b)(1), 12(b)(2), and 12(b)(6) (the "Motion") filed by Defendant Wengui Guo, and the Court having considered the following:

1. Defendant Wengui Guo's Motion to Dismiss Pursuant to CR 12(b)(1), 12(b)(2), and 12(b)(6);

2. Declaration of Wengui Guo in Support of Motion to Dismiss Pursuant to CR 12(b)(1), 12(b)(2), and 12(b)(6);

3. Declaration of R. Omar Riojas in Support of Motion to Dismiss Pursuant to CR 12(b)(1), 12(b)(2), and 12(b)(6), and exhibit thereto;

4. Opposition to Defendant Wengui Guo's Motion to Dismiss;

5. Declaration of Ruizheng An in Support of Plaintiffs' Opposition to Defendant Wengui Guo's Motion to Dismiss;

[PROPOSED] ORDER GRANTING DEFENDANT
GUO'S MOTION TO DISMISS - 1
CASE NO. 20-2-12680-2 SEA

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Main: 206.452.0260

6. Declaration of Angus Ni in Support of Plaintiffs' Opposition to Defendant Wengui Guo's Motion to Dismiss, and exhibits thereto;

7. Declaration of Serena Yue Yang in Support of Plaintiffs' Opposition to Defendant Wengui Guo's Motion to Dismiss;

8. Defendant Wengui Guo's Reply in Support of Motion to Dismiss Pursuant to CR 12(b)(1), 12(b)(2), and 12(b)(6);

9. Supplemental Declaration of R. Omar Riojas in Support of Motion to Dismiss Pursuant to CR 12(b)(1), 12(b)(2), and 12(b)(6), and exhibit thereto;

and the arguments of counsel, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED. IT IS FURTHER ORDERED** that the claims asserted in Plaintiffs WA&HF LLC and Ruizheng An's Complaint against Defendant Wengui Guo are **DISMISSED WITHOUT PREJUDICE**. Defendant [under CR 12(b)(1) d(b)(2)] Wengui Guo may submit a motion for attorneys' fees and costs under RCW 4.28.185 within ten days of this Order.

DATED this 12th day of ~~February~~ March, 2021.

_____
**THE HONORABLE MAFÉ RAJUL**

¥ The Court did not address dismissal under CR 12(b)(6).

Presented by:

**Goldfarb & Huck Roth Riojas, PLLC**

/s/ R. Omar Riojas
Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: huck@goldfarb-huck.com
 riojas@goldfarb-huck.com

Attorneys for Defendant Wengui Guo

[PROPOSED] ORDER GRANTING DEFENDANT
GUO'S MOTION TO DISMISS - 2
CASE NO. 20-2-12680-2 SEA

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Main: 206.452.0260

# CERTIFICATE OF SERVICE

I certify that on this 8th day of February, 2021, a copy of this document was sent as stated below.

| | |
|---|---|
| Angus F. Ni<br>AFN Law PLLC<br>506 2nd Ave, Ste. 1400<br>Seattle, WA 98104<br>angus@afnlegal.com | ☒ via efiling/email<br>☐ via personal service<br>☐ via US Mail<br>☐ via fax |
| YARMUTH LLP<br>Molly A. Terwilliger, WSBA # 28449<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Tel: 206.516.3800<br>Email: mterwilliger@yarmuth.com | ☒ via ecf/email<br>☐ via legal messenger<br>☐ via US Mail<br>☐ via fax |

DATED this 8th day of February, 2021.

/s/ *Angela A. Trinh*
Angela A. Trinh

[PROPOSED] ORDER GRANTING DEFENDANT
GUO'S MOTION TO DISMISS - 3
CASE NO. 20-2-12680-2 SEA

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Main: 206.452.0260