UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WA&HF LLC; RUIZHENG AN,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SARACA MEDIA GROUP INC.;<br>WENGUI GUO,<br><br>　　　　　　　　Defendants. | No. 2:21-cv-00490<br><br>**DECLARATION OF DANIEL PODHASKIE IN SUPPORT OF NOTICE OF REMOVAL**<br><br>(King County Superior Court Case No. 20-2-12680-2 SEA) |

I, Daniel Podhaskie, declare as follows:

1. I am over the age of 18 and a resident of the State of New York. I make this declaration based on my personal knowledge.

2. I am the Director of Saraca Media Group Inc. ("SMG").

3. SMG is a corporation organized and incorporated in Delaware, with its principal place of business in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2021 at New York, New York

_____
Daniel Podhaskie

DECLARATION OF DANIEL PODHASKIE IN
SUPPORT OF NOTICE OF REMOVAL – Page 1



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

1198.01 vd092503 4/12/21