UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WA&HF LLC; RUIZHENG AN,<br><br>     Plaintiffs,<br><br> v.<br><br>SARACA MEDIA GROUP INC.;<br>WENGUI GUO,<br><br>     Defendants. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7, the undersigned counsel of record for Defendant Saraca Media Group Inc. ("SMG") certifies that SMG is a privately held corporation, and no publicly held corporation owns more than 10% of its stock.

Dated:  April 12, 2021.

**YARMUTH LLP**

By: *s/Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
501 East Pine Street, Suite 201
Seattle, WA 98122
Phone:  206.516.3800
Email: mterwilliger@yarmuth.com

*Attorneys for Defendant Saraca Media Group Inc.*

